UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-2034

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD LAFI | ORDER |

On motion of the Defendant, MOHAMMAD LAFI, and for good cause shown, it is hereby ORDERED that the Docket Entry *# 13* be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, United States Probation Office, and Counsel for the Defendant.

IT IS SO ORDERED.

Dated: December 21, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge